# CRIMINAL CALENDAR

The following CRIMINAL CASE will be presented by the United States Government in the United States District Court, 141 Church Street, New Haven, Connecticut before the **Honorable Janet C. Hall, United States District Judge, on Tuesday, March 2, 2021 at 10:00 a.m.**

AUSA Ray Miller

**Waiver/Plea Hearing Docket**

**No 3:21-CR-31(JCH)**

UNITED STATES

v.

Jane Doe

(Allison Near, Esq.)

**COUNT ONE**
18 U.S.C. § 1365(a)(4)
Tampering with a Consumer Product

PENALTIES
Imprisonment: 10 Years
Fine: $250,000
Alternative Fine: Twice the gross gain or twice the gross loss resulting from the offense
Supervised Release: 3 Years
Special Assessment: $100.00

To: Honorable Janet C. Hall

cc:   U. S. Attorney's Office –New Haven
      U. S. Marshal's Office – New Haven – *via email*
      U. S. Clerk's Office – Ashlee Campbell, Courtroom Deputy - *via email*
      U. S. Probation Office – Joseph Montesi – via email
      Alison Near Esq. (Counsel for Defendant) - *via email*