UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 3:21CR 31 (JCH) |
| v. | VIOLATION: |
| DONNA MONTICONE | 18 U.S.C. § 1365(a)(4)<br>(Tampering with a Consumer Product) |

INFORMATION

The United States Attorney charges:

COUNT ONE
(Tampering with a Consumer Product)

During the period between in or about June 2020 and on or about October 31, 2020, in the District of Connecticut, DONNA MONTICONE, the defendant herein, with reckless disregard for the risk that another person would be placed in danger of death and bodily injury, and under circumstances manifesting extreme indifference to such risk, tampered with consumer products that affected interstate commerce and with the labeling of and containers for such products, specifically DONNA MONTICONE took vials containing fentanyl, a narcotic painkiller in liquid form, which she knew were intended to be dispensed to patients for purposes of pain relief during medical procedures; removed the fentanyl from the vials; replaced the fentanyl solution with saline; and returned the adulterated vials to be used in medical procedures.

All in violation of Title 18, United States Code, Section 1365(a)(4).

UNITED STATES OF AMERICA

*[signature]*

LEONARD C BOYLE
ACTING UNITED STATES ATTORNEY

*[signature]*

RAY MILLER
ASSISTANT UNITED STATES ATTORNEY

1